THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00178-MR-WCM

| | |
|---|---|
| KENNETH CURRY, individually and on behalf of a class of similarly situated persons, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPRESS WASH OPERATIONS, )<br>LLC, d/b/a WHISTLE EXPRESS )<br>CAR WASH, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss Amended Complaint [Doc. 69] and the Magistrate Judge's Memorandum and Recommendation [Doc. 73] regarding the disposition of the Motion to Dismiss.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motion and to submit a recommendation for its disposition.

On January 28, 2026, the Magistrate Judge issued a Memorandum and Recommendation, recommending that the Motion to Dismiss be granted

in part and that the Plaintiff's Amended Complaint be dismissed without prejudice for lack of subject matter jurisdiction. [Doc. 73 at 12]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. [Id. at 13]. The period within which to file objections has now expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Memorandum and Recommendation, the Court concludes that the Magistrate Judge's proposed conclusions of law are correct and consistent with current case law. Accordingly, the Court accepts the Magistrate Judge's recommendation that the Motion to Dismiss be granted in part and that the Plaintiff's Amended Complaint be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 73] is **ACCEPTED**, and the Motion to Dismiss Amended Complaint [Doc. 69] is **GRANTED IN PART**. The Plaintiff's Amended Complaint is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Signed: March 9, 2026

Martin Reidinger
Chief United States District Judge